PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BASHAR ABUZANT, | ) | |
| | ) | CASE NO. 4:26-CV-01074 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| JERRY GREEN, *et al.*, | ) | |
| | ) | **ORDER** |
| Respondents. | ) | |

Bashar Abuzant filed a Petition for a Writ of *Habeas Corpus* under 28 U.S.C. § 2241 on May 8, 2026. *See* ECF No. 1. Respondents filed a Notice of Appearance the same day. *See* ECF No. 2. Now, Respondents shall file a Return of Writ no later than May 30, 2026 to show cause why the Petition should not be granted. The Return shall not exceed twenty pages. And Petitioner shall file a Traverse to the Return of Writ within seven days thereafter, or no later than June 5, 2026. The Traverse shall not exceed ten pages. Respondents are enjoined from removing Petitioner from the Northern District of Ohio during the Petition's pendency.

IT IS SO ORDERED.

May 19, 2026                                     */s/ Benita Y. Pearson*
Date                                                Benita Y. Pearson
                                                      United States District Judge