PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BASHAR ABUZANT, | ) | |
| | ) | CASE NO. 4:26-CV-01074 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| JERRY GREEN, *et al.*, | ) | |
| | ) | **ORDER** |
| Respondents. | ) | [Resolving ECF No. 7] |

Bashar Abuzant filed a Petition for a Writ of *Habeas Corpus* under 28 U.S.C. § 2241 on May 8, 2026.  *See* ECF No. 1.  The Court ordered briefing on the Petition and enjoined Respondents "from removing Petitioner from the Northern District of Ohio during the Petition's pendency." ECF No. 3 at PageID #: 42.  Later, the Court granted Respondents' Unopposed Motion to Vacate Order Enjoining Removal because "Petitioner [was] scheduled to be transferred to a staging site on May 28, 2026, and to be removed to the Occupied Territories on a high-risk charter flight on June 9, 2026." ECF No. 4 at PageID #: 43.  On June 10, 2026, Petitioner notified the Court "that [because] he has been removed from the United States . . . he now voluntarily moves to dismiss this action as moot[.]" ECF No. 7 at PageID #: 82.  Petitioner's Motion to Dismiss is granted.  This case is dismissed without prejudice under Fed. R. Civ. P. 41(a)(2).

IT IS SO ORDERED.

June 10, 2026
Date

*/s/ Benita Y. Pearson*
Benita Y. Pearson
United States District Judge